241 U. S.  Cases Disposed of Without Consideration by the Court.

No. 39. JOHN F. CUBBINS, APPELLANT, *v.* MISSISSIPPI RIVER COMMISSION ET AL. Appeal from the District Court of the United States for the Western District of Tennessee. April 24, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Barnette E. Moses* for the appellant. *Mr. H. F. Roleson* for the appellees.

No. 24. Original. *Ex parte:* IN THE MATTER OF THE MOTION PICTURE PATENTS COMPANY, PETITIONER. April 24, 1916. Petition for writ of mandamus dismissed on motion of counsel for petitioner. *Mr. Melville Church* for the petitioner.

No. 379. JAMES F. THRIFT, COMPTROLLER OF THE CITY OF BALTIMORE, PLAINTIFF IN ERROR, *v.* PHILIP D. LAIRD. In error to the Court of Appeals of the State of Maryland. April 28, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Alexander Preston* and *Mr. S. S. Field* for the plaintiff in error. *Mr. W. Cabell Bruce* for the defendant in error.

No. 346. THE UNITED STATES OF AMERICA, APPELLANT, *v.* THE LAKE SHORE & MICHIGAN SOUTHERN RAILWAY COMPANY ET AL. Appeal from the District Court of the United States for the Southern District of Ohio. May 1, 1916. Dismissed on motion of *Mr. Solicitor General Davis* for the appellant. *The Attorney General* for the appellant. No appearance for the appellees.

No. 238. THE PENNSYLVANIA RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* KATE SETERA, AS ADMINISTRA-